UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division
**Case Number:07-22965-CIV-MARTINEZ-WHITE**

MOISES ATENCIO,
    Petitioner,

vs.

WALTER A. MCNEIL,
    Respondent.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND CLOSING CASE

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for a Report on Petitioner's *pro se* amended petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254. Magistrate Judge White filed a Report **(D.E. No. 27),** recommending that Petitioner's petition be denied. Petitioner has filed objections to this Report, restating the arguments already considered by Magistrate Judge White in his well-reasoned Report. The Court has reviewed the entire file and record and has made a *de novo* review of the issues that the objections to Magistrate Judge White's Report present. After careful consideration, the Court affirms and adopts Magistrate Judge White's Report.

Petitioner's specific objections restate his arguments relating to prosecutorial misconduct, arguing that it was improper for the prosecutor to call him a liar during her closing arguments and that it was improper for the prosecutor to demonstrate how he testified the stabbing occurred by forcing him to perform a demonstration with her in front of the jury. Petitioner also reasserts his arguments that his trial counsel was ineffective for failing to object and that his appellate counsel was ineffective for not submitting an accurate and complete transcript. For the reasons stated in Magistrate Judge White's Report, the Court finds that none of these arguments have

merit.  Therefore, it is hereby:

**ADJUDGED** that United States Magistrate Judge White's Report **(D.E. No. 18)** is **AFFIRMED** and **ADOPTED**.  Accordingly, it is

**ADJUDGED** that

1. Petitioner's *pro se* amended petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 is **DENIED**.

2. This Case is **CLOSED** and all pending motions are **DENIED** as **MOOT**.

DONE AND ORDERED in Chambers at Miami, Florida, this 29 day of September, 2008.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge White
All Counsel of Record

Moises Atencio, pro se
#094600
Sumter Correctional Institution
9544 CR 476B
Bushnell, FL 33513